IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GERALD D. HILL, JR.                                                     PLAINTIFF

v.                   CIVIL NO. 2:18-CV-2061

NANCY A. BERRYHILL,[1] Acting Commissioner,
Social Security Administration                                 DEFENDANT

## **JUDGMENT**

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of March, 2019.

                                               /s/ *Erin L. Wiedemann*
                                               HON. ERIN L. WIEDEMANN
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.